**MEMO ENDORSED**

## CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

July 8, 2020

**BY ECF**
Hon. Kenneth M. Karas
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Miller, et al.
      19 Cr. 245 (KMK)

Dear Judge Karas:

I am writing, with the consent of the Government, to request an adjournment of the sentencing of Jason Paradies, currently scheduled for July 17, 2020. Mr. Paradies desires to appear in front of Your Honor when he is sentenced. As such, we respectfully request that the sentencing be adjourned to the earliest possible date when Mr. Paradies can appear in person.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

KAL/rbr

cc:   All counsel (by ecf)

*Granted. The Court will hold the sentence on October 2, 2020 at 2:00 p.m.*

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
7/9/2020